IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LINDA BUCHER and RODNEY     )
SMITH,                      )
                            )
            Plaintiffs,     )         8:06CV362
                            )
      v.                    )
                            )
RELIANCE STANDARD LIFE      )         ORDER
INSURANCE COMPANY, NORTH    )
AMERICA,                    )
                            )
            Defendant.      )
_____)
```

This matter is before the Court after telephone conference with counsel.  The Court establishes the following schedule:

IT IS ORDERED:

1) The administrative record shall be submitted on or before August 14, 2006.

2) The parties shall file cross-motions for summary judgment on or before September 29, 2006.

3) Response to the cross-motions shall be filed on or before October 23, 2006, at which time the case will be deemed submitted.

DATED this 10th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court